IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

---------------------------------x
UNITED STATES OF AMERICA ex rel.  :
COLLEEN BATTY, et al.,            :
                                  :
              Plaintiffs,      :
                                  :
   - against -                   :   Civil Action No. 1:05-cv-1416
                                  :   The Honorable Ruben Castillo
AMERIGROUP ILLINOIS, INC., et al.,:
                                  :
              Defendants.      :
                                  :
                                  :
---------------------------------x

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Relator Colleen Batty and Defendants AMERIGROUP Illinois, Inc. and AMERIGROUP Corporation hereby stipulate and agree that all of the claims in this action shall be dismissed with prejudice to the Relator, with the Court to retain jurisdiction over any settlement enforcement claims.

Dated: February 11, 2008

Respectfully submitted,

/s/ Kenneth J. Brennan
George A. Zelcs
GZelcs@KoreinTillery.com
Korein Tillery LLC
205 North Michigan Avenue, Suite 1950
Chicago, Illinois 60601
(312) 641-9750

Stephen M. Tillery
stillery@koreintillery.com
Korein Tillery LLC
701 Market Street, Suite 300
St. Louis, Missouri 63101
Phone: (314) 241-4844
Fax: (314) 241-3525

Robin Potter
robinpotter@igc.org
Robin Potter & Associates, P.C.
111 E. Wacker – Suite 2600
Chicago, IL 60601
(312) 861-1800

Kenneth J. Brennan
kbrennan@simmonscooper.com
SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, Illinois 62024
(618) 259-2222

Attorneys for Relator Colleen A. Batty

/s/ Mitchell S. Ettinger
Timothy A. Nelsen (ARDC # 6192581)
tnelsen@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

Mitchell S. Ettinger
mettinge@skadden.com
Jennifer L. Spaziano
jspazian@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000

Attorneys for Defendants AMERIGROUP
Illinois, Inc. and AMERIGROUP Corporation

**IT IS SO ORDERED.**

Date: 2/11/08

_____
The Honorable Ruben Castillo
United States District Judge